IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TOBY McCANN

      Plaintiff,

    v.

CITY OF WASHINGTON,
CITY OF WASHINGTON
POLICE DEPARTMENT,
CORPORAL STEVE ROBERTSON,
OFFICER JACK HANCOCK, AND
OFFICER TODD FOREMAN
OF THE CITY OF WASHINGTON
POLICE DEPARTMENT

      Defendants.

Civil Action No.: 07-0008

Judge Lancaster/
Magistrate Judge Caiazza

Electronically Filed

## STIPULATION OF DISMISSAL

AND NOW, pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the dismissal

of this action, with prejudice.

Respectfully submitted,

/s/ Lois E. Glanby
Lois E. Glanby
attorneyglanby@aol.com
152 East Highland Drive
McMurray, PA 15317
(724) 941-0524

SO ORDERED, this 22nd day of July, 2008.

Gary L. Lancaster, U.S. District Judge

/s/ Erica L. Clarke
Brian S. Kane
bkane@d3bk.com
Erica L. Clarke
eclarke@d3bk.com
DAPPER, BALDASARE, BENSON,
BEHLING & KANE, P.C.
Four Gateway Center, 10th Floor
444 Liberty Avenue
Pittsburgh, PA 15222
(412) 456-5555

1